FILED
2016 Apr-26 PM 01:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DUBAR STEVENS and DUASJER STEVENS,** | }<br>}<br>} |
| **Plaintiffs,** | } |
| v. | } Case No.:  2:14-cv-02026-MHH<br>} |
| **GFC LENDING, LLC,** | }<br>} |
| **Defendant.** | } |

## ORDER

Plaintiff, Duasjer Stevens, and defendant, GFC Lending, LLC, have filed a joint stipulation of dismissal.  (Doc. 29).  The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** as to the claims of Duasjer Stevens and **DISMISSED WITHOUT PREJUDICE** as to the members of the alleged but uncertified class.  The parties are to bear their own costs, expenses, and attorney's fees.  The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this April 26, 2016.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE